```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA        :       CRIMINAL ACTION
                                :       NO. 06-667-1
           v.                   :
                                :       CIVIL ACTION
JOSE DEL VALLE                  :       NO. 10-3640


                            ORDER


          AND NOW, this 1st day of December, 2010, for the

reasons set forth in the accompanying Memorandum, it is hereby

ORDERED that:

          (1)  the motion of defendant Jose Del Valle to vacate,

set aside, or correct his sentence under 28 U.S.C. § 2255 is

DENIED; and

          (2)  no certificate of appealability is issued.

                              BY THE COURT:



                              /s/ Harvey Bartle III
                                                  C.J.
```